# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

ANTONIO MASTERS

                                    Plaintiff,

    v.

HERNANDEZ, *et al.*,

                                    Defendants.

Case No. 3:26-CV-00329-ART-CLB

**ORDER TO CHANGE ADDRESS**

Plaintiff Antonio Masters ("Masters") initiated this action by filing an application to proceed *in forma pauperis* and a *pro se* inmate civil rights complaint. (ECF Nos. 1, 1-1.) The Court sent copies of the docket confirming Masters' filings had been docketed, an advisory letter explaining how the litigation process works, and a copy of a minute order directing the Nevada Department of Corrections ("NDOC") to provide the Court with a copy of Masters' trust fund account to his address at Ely State Prison ("ESP"). (ECF No. 5.) However, those documents were returned as undeliverable with a notation that Masters was "not at ESP." (*Id.*) The Court searched Masters' inmate number (1192777) on NDOC's offender search website which revealed Masters is now housed at High Desert State Prison.[1] *NDOC Offender Search*, https://ofdsearch.doc.nv.gov/ (last visited May 13, 2026). Pursuant to Local Rule IA 3-1, Masters is required to file with the Court written notification of any change of mailing address, which he has not done.

**IT IS THEREFORE ORDERED** that Masters shall file his notice of change of address with the Court by **Friday, June 12, 2026**, and failure to do so will result in a recommendation that this action be dismissed.

---

[1]    The Court may take judicial notice of public information on websites hosted by the NDOC. *See U.S. v. Basher*, 629 F.3d 1161, 1165 (9th Cir. 2011) (taking judicial notice of public information on the Bureau of Prisons inmate locator website); *Foley v. Martz*, 2018 WL 5111998, at *1 n.1. (S.D. Cal. Oct. 19, 2018) (taking judicial notice of information on California Dept. of Corrections and Rehabilitation inmate locator website).

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF Nos. 1, 2, 3, and 4 to Masters at **High Desert State Prison**

**DATED**: _May 14, 2026_ .

_____
**UNITED STATES MAGISTRATE JUDGE**